Order entered July 11, 2018



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00669-CV

**MARIA MEIRA, INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF VANESSA BLAKE, DECEASED, RANDY BERT BLAKE, JR., INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF RANDY BERT BLAKE III, DECEASED, AND RANDY XAVIER BLAKE, INDIVIDUALLY, AND AS NEXT FRIEND OF XXXXXX XXXXX AND XXXXXXX XXXXX, MINOR CHILDREN, Appellants**

**V.**

**J. H. STRAIN & SONS, INC., CONTRACTORS SERVICE, LTD., CONTRACTORS SERVICE COMPANY, LYTLE ENTERPRISE, INC., GLIDEWELL INVESTMENTS, LLC, MOUNTAIN MOVERS TRUCKING, LTD., MARSHA BOLIN, AND BILLY JOE BOLIN, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-05396**

## ORDER

Before the Court is court reporter Deana K. Rouse's July 10, 2018 request for a ten-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than July 23, 2018.

/s/      DAVID EVANS
          JUSTICE